BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00006 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE; ORDER |
| v. | |
| EUGENE RAULS, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Mugridge, attorney for the defendant, that a status conference be set for March 10, 2014 at 1:00 pm before the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge. The reason for the request is because the parties appeared before the Honorable Sheila K. Oberto U.S. Magistrate Judge on January 31, 2014 for a detention hearing and status conference setting. The parties discussed a March 3, 2014 date for a status conference. That date, however, is not available on Judge McAuliffe's status conference calendar. The parties agree to setting the case for March 10, 2014 before Judge McAuliffe for a status conference. The government has provided the defense with initial discovery. Defense needs time to review the discovery, determine whether additional investigation is needed, and engage in discussions regarding a resolution of the case with the government.

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 4, 2014                    Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                       By    /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

Dated: February 4, 2014                    /s/ David Mugridge
                                                 DAVID MUGRIDGE
                                                 Attorney for Defendant

IT IS SO ORDERED.

Dated:   **February 4, 2014**                    /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE