1  BENJAMIN B. WAGNER
United States Attorney
2  KIMBERLY A. SANCHEZ
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099

5

6  Attorneys for Plaintiff
United States of America

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00006-AWI-BAM |
| 12                    Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| 13            v. | |
| 14  EUGENE RAULS, | |
| 15                    Defendant. | |

16

17      Based upon the plea agreement entered into between United States of America and defendant

18  Eugene Rauls, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19      1.      Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Eugene Rauls'

20  interest in the following property shall be condemned and forfeited to the United States of America, to

21  be disposed of according to law:

22          a.  Norinco 7.62 rifle;

23          b.  A Universal, .30 caliber rifle;

24          c.  A 7.62 x 39 rifle; and

25          d.  All ammunition seized in this case.

26      2.      The above-listed assets constitute firearms or ammunition involved in or used in a

27  knowing violation of 18 U.S.C. § 924(c).

28      3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

PRELIMINARY ORDER OF FORFEITURE

1

1    seize the above-listed property.  The aforementioned property shall be seized and held by the Bureau of

2    Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

3           4.      a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule

4    171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of

5    the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney

6    General may direct shall be posted for at least 30 consecutive days on the official internet government

7    forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct

8    written notice to any person known to have alleged an interest in the property that is the subject of the

9    order of forfeiture as a substitute for published notice as to those persons so notified.

10          b. This notice shall state that any person, other than the defendant, asserting a legal

11   interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

12   first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

13   within thirty (30) days from receipt of direct written notice, whichever is earlier.

14          5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this

15   Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in

16   which all interests will be addressed.

17          6.      The government, in its discretion, shall conduct discovery, including written discovery,

18   the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of

19   property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal

20   Procedure.

21

22   IT IS SO ORDERED.

23   Dated:    July 23, 2014                                _____

                                              SENIOR  DISTRICT  JUDGE

24

25

26

27

28

PRELIMINARY ORDER OF FORFEITURE                    2