UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EUGENE RAULS,<br><br>        Defendant. | No.  1:14-CR-00006-LJO-BAM-1<br><br>ORDER TERMINATING SUPERVISED RELEASE<br><br>(Doc. No. 27) |

   Defendant's request for early termination is unopposed by the government and supported by the supervising probation officer.  Accordingly, good cause appearing, the request is GRANTED and defendant's term of supervised release is hereby TERMINATED FORTHWITH.

IT IS SO ORDERED.

   Dated:   **August 7, 2020**              /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE

1